UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BOTTARI, AARON M | § | Case No. 09-44323 |
| BOTTARI, NICOLE B | § | |
| | § | |
| Debtor(s) BARKER, NICOLE B | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2010        By:  /s/BRADLEY J. WALLER_____
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: BOTTARI, AARON M | § | Case No. 09-44323 |
| BOTTARI, NICOLE B | § | |
| | § | |
| Debtor(s) BARKER, NICOLE B | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 3,000.95 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 3,000.95 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 750.24 | $ 110.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,447.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | American Infosource - Victoria's Secret | $ 739.61 | $ 167.59 |
| 4 | American Finco | $ 6,568.27 | $ 1,488.32 |
| 5 | Us Dept Of Education | $ 2,139.55 | $ 484.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1                User: sdaniel                  Page 1 of 2                  Date Rcvd: Nov 24, 2009
Case: 09-44323                      Form ID: b9a                   Total Noticed: 53

The following entities were noticed by first class mail on Nov 26, 2009.
```
db/jdb      +Aaron M Bottari,   Nicole B Bottari,   230 Morgan Court, Apt. 2B,   Manhattan, IL 60442-8537
aty         +Gloria M Longest,   Law Office of Gloria M. Longest,   385 S Broadway,   Coal City, IL 60416-2016
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
14758955     ABN AMRO Mortgage,   PO Box 79022 MSS322,   Saint Louis, MO 63179
14758956     American Finco,   PO Box 2994,   Milwaukee, WI 53201-2994
14758957    +American Finco,   425 N. Martingale Rd.,   Schaumburg, IL 60173-2406
14758958     Brinks Home Security,   PO Box 70834,   Charlotte, NC 28272-0834
14758959    +Brinks Home Security,   PO Box 660418,   Dallas, TX 75266-0418
14758960     Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
14758962    +Care Station Physicians,   5660 W. 95th St., Ste. 1,   Oak Lawn, IL 60453-2384
14758963    +Carol Bottari,   3845 Blanchan Ave.,   Brookfield, IL 60513-1505
14758964     Charter One,   One Citizens Drive,   Riverside, RI 02915-3000
14758965    +Citimortgage,   PO Box 183040,   Columbus, OH 43218-3040
14758966    +Codilis & Assoc. PC,   15W030 N. Frontage Rd Ste 100,   Burr Ridge, IL 60527-6921
14758967    +Collectech Systems,   PO Box 361567,   Columbus, OH 43236-1567
14758970    +ComEd/Customer Care Ctr. Bldg,   Attn: Revenue Management Dept.,   2100 Swift Dr.,
              Oak Brook, IL 60523-1559
14758968    +Comcast,   PO Box 801068,   Dallas, TX 75380-1068
14758969     Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
14758971    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
14758972     Countrywife Bank FSB,   PO Box 650070,   Dallas, TX 75265-0070
14758973     Credit Management Control Inc,   PO Box 1654,   Green Bay, WI 54305-1654
14758974     FMS, Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
14758975     First Revenue Assurance,   PO Box 3020,   Albuquerque, NM 87190-3020
14758982    +KCA Financial Svcs,   628 North St,   Geneva, IL 60134-1356
14758983     MiraMed Revenue Group LLC,   Dept. 77304,   PO Box 77000,   Detroit, MI 48277-0304
14758984    +Morris Hospital,   150 West High Streeet,   Morris, IL 60450-1497
14758985    +NCB Management Services,   PO Box 1099,   Langhorne, PA 19047-6099
14758986     NCO Fiancial Systems Inc,   PO Box 15740,   Wilmington, DE 19850-5740
14758987    +Nicor Gas,   Attn: Bankruptcy & Collections,   PO Box 549,   Naperville, IL 60566
14758990    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd Suite 100,
              Norfolk, VA 23502)
14758989    +Pellettieri,   991 Oak Creek Dr,   Lombard, IL 60148-6408
14758991     Provena St. Joseph Medical Center,   75 Remitance Dr., Ste. 1366,   Chicago, IL 60675-1366
14758992    +Scott W. Sheen & Assoc.,   713 E. Main St.,   Saint Charles, IL 60174-2231
14758994    +State Farm Financial S,   Attn: BCC-DTB5,   112 E Washington St,   Bloomington, IL 61701-1001
14758995    +Stokes & Clinton,   PO Box 991801,   1000 Downtowner Blvd.,   Mobile, AL 36609-5409
14758996     Torres Credit Srv,   27 F,   Carlisle, PA 17013
14758997    +Tracy Olszsewski,   10730 S. Ridgeland,   Worth, IL 60482-1643
14759000     US Energy Savings Corp.,   35190 Eagle Way,   Chicago, IL 60678-1351
14758999    +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
14759006    +WillCounty Medical Assoc.,   2100 Glenwood Ave.,   Joliet, IL 60435-5487
```

The following entities were noticed by electronic transmission on Nov 24, 2009.
```
14758961       EDI: CHASE.COM Nov 24 2009 19:58:00      Cardmember Service/Chase,   PO Box 15153,
                Wilmington, DE 19886-5153
14758974      +EDI: CREDPROT.COM Nov 24 2009 19:53:00      Credit Protection Assoc.,   13355 Noel Rd Ste 2100,
                Dallas, TX 75240-6837
14758977       EDI: FORD.COM Nov 24 2009 19:58:00      Ford Credit,   P.O. Box 790093,
                Saint Louis, MO 63179-0093
14758978      +EDI: FORD.COM Nov 24 2009 19:58:00      Ford Motor Credit Corp.,   National Bankruptcy Center,
                PO Box 537901,   Livonia, MI 48153-7901
14758980      +E-mail/Text: bkynotice@harvardcollect.com                             Harvard Collection,
                4839 N Elston Ave,   Chicago, IL 60630-2589
14758981      +EDI: HFC.COM Nov 24 2009 19:53:00      Hsbc Bank,   Attn: Bankruptcy,   PO Box 5253,
                Carol Stream, IL 60175-5253
14758988      +E-mail/Text: bankrup@nicor.com                             Nicor Gas,   Bankruptcy Department,
                1844 Ferry Road,   Naperville, IL 60563-9662
14758998       EDI: HFC.COM Nov 24 2009 19:53:00      Union Plus Credit Card,   PO Box 88000,
                Baltimore, MD 21288-0001
14759001      +EDI: WFNNB.COM Nov 24 2009 19:53:00      Victoria's Secret,   PO Box 182273,
                Columbus, OH 43218-2273
14759002       EDI: WFNNB.COM Nov 24 2009 19:53:00      WFNNB-Maurice's,   PO Box 659705,
                San Antonio, TX 78265-9705
14759003       EDI: WFNNB.COM Nov 24 2009 19:53:00      WFNNB-Victoria Secrets,   PO Box 182124,
                Columbus, OH 43218-2124
14759004       EDI: WFNNB.COM Nov 24 2009 19:53:00      WFNNB-Victoria's Secret,   P.O. Box 659728,
                San Antonio, TX 78265-9728
14759005      +EDI: WFNNB.COM Nov 24 2009 19:53:00      WFNNB/Maurices,   PO Box 182273,
                Columbus, OH 43218-2273
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14758993       State Farm Bank
```

```
District/off: 0752-1        User: sdaniel          Page 2 of 2          Date Rcvd: Nov 24, 2009
Case: 09-44323              Form ID: b9a           Total Noticed: 53

14758979*    +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 537901,
              Livonia, MI 48153-7901
                                                                                    TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2009                    Signature:    *Joseph Speetjens*